UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20581-CIV-MARTINEZ-GOODMAN

EDDIE I. SIERRA and ESTHER SIERRA,

    Plaintiffs,

vs.

CITY OF MIAMI,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Voluntary Dismissal with Prejudice as to Federal Law Claims and Without Prejudice as to State Law Claims [D.E. No. 56]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** with respect to Plaintiffs' federal claims and **WITHOUT PREJUDICE** as to Plaintiffs' state law claims. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of May, 2016.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record